**Bulmaro Amadeo VASQUEZ–PEREZ, Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 14–2655.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 10, 2015.

Filed: March 13, 2015.

Joseph Lopez Wilson, Omaha, NE, for Petitioner.

Scott Baniecke, U.S. Immigration & Naturalization Service, Bloomington, MN, Karen Yolanda Drummond, Allison Frayer, Carl H. McIntyre, Lori Warlick, U.S. Department of Justice, Washington, DC, for Respondent.

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Guatemalan citizen Bulmaro Amadeo Vasquez–Perez petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's decision to deny asylum and withholding of removal based on past persecution or a well-founded fear of future persecution because of his membership in a particular social group. We have carefully considered the issues that are properly before us,[1] *see De Castro–Gutierrez v. Holder*, 713 F.3d 375, 379 (8th Cir.2013) (standard of review), and we conclude, based on well-established precedent, that Vasquez–Perez failed to show that the social group in which he claims membership is a particular social group for purposes of asylum protection. *See Ortiz–Puentes v. Holder*, 662 F.3d 481, 483 (8th Cir.2011). We deny the petition for review. *See* 8th Cir. R. 47B.

---

1. We do not review those rulings below that Vasquez–Perez does not meaningfully challenge in his brief, nor do we review his new and unexhausted contentions about particular social groups.